UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BARBARA CARTER,<br><br>    Plaintiff,<br>vs.<br><br>Equifax Information Services LLC, et al.,<br><br>    Defendants. | Case No. 3:21-cv-2124<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICES LLC** |

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiff and Defendant, Equifax Information Services LLC **ONLY**, by and through their undersigned attorneys, that all claims by Plaintiff against Defendant Equifax Information Services LLC **ONLY**, shall be dismissed with prejudice, on its merits and in their entirety and without an award of costs, disbursements or attorneys' fees to either Plaintiff or Defendant.

Dated: November 23, 2021        RESPECTFULLY SUBMITTED,

**Fields Law Firm**

*/s/ Matthew P. Forsberg*
**MATTHEW P. FORSBERG**
Reg. No. 24082581
**FIELDS LAW FIRM**
9999 Wayzata Blvd.
Minnetonka, MN 55305
Tel: (612) 383-1868
Fax: (612) 370-4256
FCRA-TX@fieldslaw.com

1

                **LAW OFFICE OF JONATHAN A. HEEPS**

/s/ *Jonathan A. Heeps*
Jonathan A. Heeps
TX Bar No.: 24074387
Post Office Box 174372
Arlington, TX 76003
T: (682) 738-6415
F: (844) 738-6416
Email: jaheeps@heepslaw.com

*Counsel for Plaintiff*

Dated: November 23, 2021            **Clark Hill Strasburger**

/s/ *Daniel J. Olds*
Daniel J. Olds
State Bar No. 24088152
**CLARK HILL PLC**
901 Main Street, Suite 6000
Dallas, Texas 75202
Tel: (214) 651-4300
Fax: (214) 651-4330
dolds@clarkhill.com

and

/s/ *Forrest M. Seger*
Forrest M. "Teo" Seger
State Bar No. 24070587
**CLARK HILL PLC**
2301 Broadway Street
San Antonio, TX 78215
Tel: (210) 250-6162
Fax: (210) 258-2752
tseger@clarkhill.com

*Counsel for Defendant Equifax Information Services LLC*