IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BARBARA CARTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| EQUIFAX INFORMATION SERVICES LLC, | ) |
| EXPERIAN INFORMATION SOLUTIONS | ) |
| INC., TRANS UNION LLC, and CALIBER | ) |
| HOME LOANS, INC., | ) |
| | ) |
| Defendants. | )   Civil Action No. 3:21-CV-2124-C |

## ORDER

On this day, the Court considered the Parties' Stipulation for Dismissal with Prejudice as to Equifax Information Services LLC, filed November 23, 2021.

**IT IS THEREFORE ORDERED** that all claims asserted against Defendant Equifax Information Services LLC are hereby **DISMISSED** with prejudice. This is a Partial Dismissal and does not affect Plaintiff's claims against the remaining Defendants.

SO ORDERED.

Dated November 30, 2021.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE