# FIELDS LAW FIRM

MATTHEW P. FORSBERG
ATTORNEY
DIRECT 612-383-1868
1-888-847-8517 EXT. 868
MATT@FIELDSLAW.COM

ROBERTO SALAS
PARALEGAL
DIRECT 612-383-1865
1-888-847-8517 EXT. 865
ROBERTO@FIELDSLAW.COM

March 17, 2022

The Honorable Judge Sam R. Cummings
United States District Court
Northern District of Texas
1205 Texas Avenue, Room 308
Lubbock, TX 79401

*VIA ECF*

RE:     Barbara Carter v. Equifax Information Services LLC, et al.
        Court File No. 3:21-cv-2124

Dear Judge Cummings:

Please be advised that Plaintiff Barbara Carter and Caliber Home Loans, Inc. have settled the claims between these two parties subject to the signing of a settlement agreement and release and expect to file a Joint Stipulation of Dismissal within 45 to 60 days. Defendants Experian Information Solutions, Inc. and Trans Union LLC remain, and Plaintiff has not settled the claims with these Defendants.

Respectfully Submitted,

*/s/ Matthew Forsberg*

Matthew Forsberg
MPF/ras
Attorney

cc: All Counsel (via ECF)