IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BARBARA CARTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| EQUIFAX INFORMATION SERVICES LLC, | ) |
| EXPERIAN INFORMATION SOLUTIONS | ) |
| INC., TRANS UNION LLC, and CALIBER | ) |
| HOME LOANS, INC., | ) |
| | ) |
| Defendants. | )   Civil Action No. 3:21-CV-2124-C |

## ORDER

On this day, the Court considered the Parties' Agreed Stipulation of Dismissal with Prejudice as to Defendant Caliber Home Loans, Inc., filed April 22, 2022.

**IT IS THEREFORE ORDERED** that all claims asserted against Defendant Caliber Home Loans, Inc. are hereby **DISMISSED WITH PREJUDICE**. This is a **Partial Dismissal** and does not affect Plaintiff's claims against the remaining Defendants.

SO ORDERED.

Dated April 25, 2022.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE