UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BARBARA CARTER,<br><br>    Plaintiff,<br>vs.<br><br>Equifax Information Services LLC, et al.,<br><br>    Defendants. | Case No. 3:21-cv-2124<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC.** |

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiff and Defendant, Experian Information Solutions, Inc. **ONLY**, by and through their undersigned attorneys, that all claims by Plaintiff against Defendant Experian Information Solutions, Inc. **ONLY**, shall be dismissed with prejudice, on their merits and in their entirety and without an award of costs, disbursements or attorneys' fees to either Plaintiff or Defendant.

Dated: 07/20/2022

**Fields Law Firm**

*/s/ Matthew P. Forsberg*
**MATTHEW P. FORSBERG**
Reg. No. 24082581
**FIELDS LAW FIRM**
9999 Wayzata Blvd.
Minnetonka, MN 55305
Tel: (612) 383-1868
Fax: (612) 370-4256
FCRA-TX@fieldslaw.com


**LAW OFFICE OF JONATHAN A. HEEPS**

*/s/ Jonathan A. Heeps*
Jonathan A. Heeps

1

         TX Bar No.: 24074387
         Post Office Box 174372
         Arlington, TX 76003
         T: (682) 738-6415
         F: (844) 738-6416
         Email: jaheeps@heepslaw.com

         *Counsel for Plaintiff*


Dated: 07/20/2022       **Jones Day**


         By: /s/*Melissa Saldana Crough*
         Melissa Saldana Crough, TX # 24106386
         2727 N. Harwood St.
         Dallas, TX 75201
         T: 214-969-5123
         msasaldanacrough@jonesday.com

         *Counsel for Defendant*