IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BARBARA CARTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| EQUIFAX INFORMATION SERVICES LLC, | ) |
| EXPERIAN INFORMATION SOLUTIONS | ) |
| INC., TRANS UNION LLC, and CALIBER | ) |
| HOME LOANS, INC., | ) |
| | ) |
| Defendants. | )   Civil Action No. 3:21-CV-2124-C |

### ORDER

On this day, the Court considered the Parties' Stipulation for Dismissal with Prejudice, filed July 20, 2022.

**IT IS THEREFORE ORDERED** that all remaining claims asserted in the above-styled and -numbered civil action are hereby **DISMISSED WITH PREJUDICE** with costs taxed against the party incurring the same.

SO ORDERED.

Dated July 25, 2022.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE